UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHOICE HOTELS INTERNATIONAL, INC.,

    Plaintiff,

Case No. 1:11-cv-896

v.

HON. JANET T. NEFF

APEX HOSPITALITY, LLC, et al.,

    Defendants.

_____/

## ORDER

This is a civil rights action filed pursuant to 15 U.S.C. § 1121. Plaintiff filed a motion for entry of default judgment against defendants. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 13, 2012, recommending that this Court grant Plaintiff's motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 32) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Entry of Default Judgment Against Defendants (Dkt 28) is GRANTED for the reasons stated in the Report and Recommendation.

A Judgment will be entered consistent with this Order.

Date: July 9, 2012

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge